IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATA BEY MENIOOH, | No. C16-00715 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| STATE OF CALIFORNIA, ET AL., | |
| Defendants. | |

Plaintiff Rata Bey Meniooh brought suit against a variety of defendants alleging the violations of his civil rights, particularly his right to freedom of movement. See generally Compl. (dkt. 1). Several of those defendants have moved to dismiss Plaintiff's case. See Mots. (dkt. 17, 18, 24). Plaintiffs' opposition papers were due no more than 14 days after the Motions were filed. See Civil Local Rule 7-3(a). Those opposition papers are now untimely. Plaintiff is hereby ORDERED to SHOW CAUSE by Thursday, June 2, 2016, why his case should not be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: May 26, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE