```
 1  CRAIG L. JUDSON - 114926
    SHARON M. NAGLE – 179124
 2  Bold, Polisner, Maddow, Nelson & Judson
    A Professional Corporation
 3  500 Ygnacio Valley Road, Suite 325
    Walnut Creek, CA 94596
 4  (925) 933-7777 – Telephone
    (925) 933-7804 – Fax
 5  Email: snagle@bpmnj.com

 6  Attorneys for Defendants Judge John T. Feeney,
    Judge Marilyn B. Miles, Judge Timothy P.
 7  Cissna, California Judicial Council, and
    the Superior Court for the County
 8  of Humboldt
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RATA BEY MENIOOH,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORINA, et al.<br><br>            Defendants. | Case No. C-16-0715-CRB<br><br>REQUEST TO APPEAR BY TELEPHONE <s>COURTCALL; [PROPOSED]</s> ORDER<br><br>Date: June 24, 2016<br>Time: 10:00 a.m.<br>Courtroom: 6 |

Counsel for Defendants Judge John T. Feeney, Judge Marilyn B. Miles, Judge Timothy P. Cissna, California Judicial Council, and the Superior Court for the County of Humboldt ("Judicial Defendants") respectfully request that the Court allow a telephonic appearance at the hearing on the Case Management Conference and Motion to Dismiss Plaintiff's Complaint set for June 24, 2016, at 10:00 a.m. before the Honorable Charles R. Breyer. This request is made on the grounds that counsel for the Judicial Defendants is located in Walnut Creek, in Contra Costa County. Personal appearance at the hearing would cause a hardship on the Judicial Defendants in that travel time and further expense would be incurred.

---

REQUEST FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER

1  If granted, Craig L. Judson or Sharon M. Nagle will make a telephonic appearance through
2  Courtcall by way of the Bold, Polisner, Maddow, Nelson & Judson office landline ((925) 933-
3  7777.)

DATE: May 18, 2016                    BOLD, POLISNER, MADDOW, NELSON & JUDSON

By: _____
SHARON M. NAGLE
Attorney for Judicial Defendants

ORDER

The request of Sharon M. Nagle to appear telephonically at the hearing on the Motion to Dismiss Plaintiff's Complaint on June 24, 2016 at 10:00 a.m. is hereby GRANTED.

DATE: May 31, 2016          By: _____
The Honorable Charles R. Breyer
Judge for the United States District Court,
Northern District of California