**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    RATA BEY MENIOOH,                          No. C16-00715 CRB

12             Plaintiff,                         **ORDER GRANTING STATE AND**
                                                  **JUDICIAL MOTIONS TO DISMISS**;
13       v.                                       **DIRECTING AMENDMENT AS TO**
                                                  **COUNTY**
14    STATE OF CALIFORNIA, ET AL.,

15             Defendants.
                                              /
16

17         Three sets of Defendants have filed motions to dismiss this case.  See generally

18    County Mot. (dkt. 17)[1]; State Mot. (dkt. 18)[2]; Judicial Mot. (dkt. 24)[3].

19         As explained in greater detail in the State's Motion, the Complaint is DISMISSED

20    WITH PREJUDICE as to the State defendants because: (1) 42 U.S.C. § 1983 claims are

21    barred against non-person defendants; (2) the Complaint fails to allege prima facie elements

22    of a section 1983 claim; (3) the Complaint fails to identify a violation of a cognizable legal

23    interest; (4) the State defendants are entitled to Eleventh Amendment immunity; (5) the

24    Rooker-Feldman doctrine applies to the first six cause of actions; and (6) Plaintiff lacks

25

26         [1] The County defendants are the County of Humboldt and Michael T. Downey.

27         [2] The State defendants are the State of California, California State Transportation Agency,
       Department of Motor Vehicles, Commission on Peace Officer Standards and Training, Governor
28     Edmund G. Brown Jr., and Attorney General Kamala D. Harris.

           [3] The judicial defendants are Judge John T. Feeney, Judge Marilyn B. Miles, Judge Timothy P.
       Cissna, California Judicial Council, and the Superior Court for the County of Humboldt.

1  Article III standing.  See generally State Mot.

2      As explained in greater detail in the judicial defendants' Motion, the Complaint is

3  DISMISSED WITH PREJUDICE as to the judicial defendants because: (1) the Complaint

4  fails to state a claim upon which relief can be granted; (2) absolute judicial immunity applies;

5  (3) Eleventh Amendment immunity applies; (4) the Rooker–Feldman doctrine applies to the

6  first six cause of actions; and (5) Plaintiff lacks Article III standing.  See generally Judicial

7  Mot.

8      The Court also holds that the Complaint fails to state a claim upon which relief can be

9  granted as to the County defendants.  However, the Court has not yet determined whether

10  dismissal should be with or without prejudice.  See Leadsinger, Inc. v. BMG Music Pub., 512

11  F.3d 522, 532 (9th Cir. 2008) (recognizing that courts may deny leave to amend where

12  amendment would be futile).  Accordingly, Plaintiff is DIRECTED to file an amended

13  complaint as to the County defendants only within sixty (60) days of this Order.[4]  Upon

14  review of that amended complaint, the Court will issue a further order on Plaintiff's claims

15  against the County defendants.

16      **IT IS SO ORDERED.**

18  Dated: June 24, 2016

19  CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

[4] Failure to timely amend could result in dismissal with prejudice.

2