IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATA BEY MENIOOH,<br><br>        Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA, ET AL.,<br><br>        Defendants. | No. C16-00715 CRB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On June 24, 2016, the Court granted the Defendants' motions to dismiss this case, allowing Plaintiff to file an amended complaint as to the County Defendants within sixty days, and warning Plaintiff that failure to timely amend could lead to dismissal with prejudice. See Order (dkt. 52). Plaintiff has failed to timely amend. Accordingly, the case is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: August 30, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE