IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATA BEY MENIOOH, | No. C16-00715 CRB |
| Plaintiff, | **ORDER VACATING DISMISSAL** |
| v. | |
| STATE OF CALIFORNIA, ET AL., | |
| Defendants. | |

The Court hereby VACATES its dismissal with prejudice (dkt. 54) in light of Plaintiff's filing of an amended complaint (dkt. 55).

**IT IS SO ORDERED.**

Dated: September 1, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE