IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATA BEY MENIOOH,<br><br>             Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA, ET AL.,<br><br>             Defendants. | No. C16-00715 CRB<br><br>**ORDER DIRECTING COUNTY TO RESPOND TO COMPLAINT** |

The County Defendants previously moved to dismiss this case. See generally County Mot. (dkt. 17).[1] The Court held that the original complaint failed to state a claim upon which relief could be granted as to the County Defendants, and directed Plaintiff Rata Bey Meniooh to file an amended complaint, explaining that it would issue a further order upon amendment. See Order Dismissing (dkt. 52) at 2. Plaintiff has timely amended his complaint. See FAC.

The First Amended Complaint brings thirteen claims, arising under state and federal law. Id. ¶¶ 69–106. It also attaches eleven exhibits, some of which shed some light on Plaintiff's allegations—for example, they include a Complaint in Superior Court accusing Plaintiff of willfully and unlawfully driving when his license was suspended or revoked, an arrest warrant from the Arcata Police Department, and an inmate grievance form asserting

---

[1] Originally, the County Defendants were the County of Humboldt and Michael T. Downey. See Compl. (dkt. 1) ¶¶ 17, 19. The County Defendants are now Humboldt County, Humboldt County Sheriff's Office, Michael T. Downey, Humboldt County District Attorney's Office, Maggie Fleming, L. Myers, Brent K., Whitney Bares, Max Cardoza and Roger Rees. See FAC (dkt. 55) ¶¶ 10–20.

that a Sheriff's deputy assaulted Plaintiff and violated his First Amendment rights at the Humboldt County Correction Facility.  <u>Id.</u> Exs. A, B, F.  The Court now DIRECTS the County Defendants to respond to the FAC within twenty-one (21) days of this Order.

**IT IS SO ORDERED.**

Dated: September  22, 2016



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

2